**B2Z**

5   0012          B2Z
ARKFELD PARSON & GOLDSTEIN PC
16820 FRANCES ST
STE #100
OMAHA, NE 68130

**Earnings Statement**

ADP EasyPay

Pay Period: 1/22/2012 to 2/04/2012
Pay Date: 2/10/2012

Employee Number: 0012
Department Number: 5
Social Security Number: XXX-XX-4698
Marital Status: SINGLE
Number Of Allowances: 04

HALINA KRYMUZA
13005 BOYD CIR
OMAHA, NE 68164

| Hours and Earnings | | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| REGLAR | 80.00 | 22.8400 | 1827.20 | 4922.02 | HEALTH | 136.54 | 409.62 |
| O/TIME | 2.00 | 34.2600 | 68.52 | 231.26 | DENTAL | 13.03 | 39.09 |
| P T O | | | | 279.79 | 401 K | 113.74 | 347.91 |
| HOLDAY | | | | 365.44 | CO401K | 75.83 | 231.94 |
| | | | | | FLEX | 76.92 | 230.76 |
| | | | | | FICA | 94.32 | 289.23 |
| | | | | | FED WT | 116.50 | 365.19 |
| | | | | | NE ST | 65.24 | 202.61 |
| | | | | | PTOBAL | | 49.76 |
| | | | | | S T D | 19.48 | 58.44 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $5,798.51 | $1,895.72 | $635.77 | $1,259.95 |

**B2Z**

5  0012           B2Z
ARKFELD PARSON & GOLDSTEIN PC
16820 FRANCES ST
STE #100
OMAHA, NE 68130

**Earnings Statement**

ADP EasyPay

Pay Period:  2/05/2012 to 2/18/2012
Pay Date:    2/24/2012

Employee Number:         0012
Department Number:       5
Social Security Number:  XXX-XX-4698
Marital Status:          SINGLE
Number Of Allowances:    04

HALINA KRYMUZA
13005 BOYD CIR
OMAHA, NE 68164

| Hours and Earnings | | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| REGLAR | 65.25 | 22.8400 | 1490.31 | 6412.33 | HEALTH | 136.54 | 546.16 |
| O/TIME | | | | 231.26 | DENTAL | 13.03 | 52.12 |
| P T O | 14.75 | 22.8400 | 336.89 | 616.68 | 401 K | 109.63 | 457.54 |
| HOLDAY | | | | 365.44 | CO401K | 73.09 | 305.03 |
| | | | | | FLEX | 76.92 | 307.68 |
| | | | | | FICA | 90.44 | 379.67 |
| | | | | | FED WT | 106.84 | 472.03 |
| | | | | | NE ST | 60.99 | 263.60 |
| | | | | | PTOBAL | | 40.03 |
| | | | | | S T D | 19.48 | 77.92 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $7,625.71 | $1,827.20 | $613.87 | $1,213.33 |

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

**B2Z**

5  0012        B2Z
ARKFELD PARSON & GOLDSTEIN PC
16820 FRANCES ST
STE #100
OMAHA, NE 68130

**Earnings Statement**

ADP EasyPay

Pay Period: 2/19/2012 to 3/03/2012
Pay Date: 3/09/2012

Employee Number: 0012
Department Number: 5
Social Security Number: XXX-XX-4698
Marital Status: SINGLE
Number Of Allowances: 04

HALINA KRYMUZA
13005 BOYD CIR
OMAHA, NE 68164

| Hours and Earnings | | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| REGLAR | 80.00 | 22.8400 | 1827.20 | 8239.53 | HEALTH | 136.54 | 682.70 |
| O/TIME | 1.25 | 34.2600 | 42.83 | 274.09 | DENTAL | 13.03 | 65.15 |
| P T O | | | | 616.68 | 401 K | 112.20 | 569.74 |
| HOLDAY | | | | 365.44 | CO401K | 74.80 | 379.83 |
| | | | | | FLEX | 76.92 | 384.60 |
| | | | | | FICA | 92.86 | 472.53 |
| | | | | | FED WT | 112.87 | 584.90 |
| | | | | | NE ST | 63.64 | 327.24 |
| | | | | | PTOBAL | | 46.28 |
| | | | | | S T D | 19.48 | 97.40 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $9,495.74 | $1,870.03 | $627.54 | $1,242.49 |

©1998, 2006 ADP Inc. All Rights Reserved

TEAR HERE

**B2Z**

```
  5   0012              B2Z
ARKFELD PARSON & GOLDSTEIN PC
16820 FRANCES ST
STE #100
OMAHA, NE 68130
```

**Earnings Statement**

**ADP EasyPay**

Pay Period: 3/04/2012 to 3/17/2012
Pay Date: 3/23/2012

Employee Number: 0012
Department Number: 5
Social Security Number: XXX-XX-4698
Marital Status: SINGLE
Number Of Allowances: 04

HALINA KRYMUZA
13005 BOYD CIR
OMAHA, NE 68164

| Hours and Earnings ||||| Taxes and Deductions |||
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| REGLAR | 79.50 | 22.8400 | 1815.78 | 10055.31 | HEALTH | 136.54 | 819.24 |
| O/TIME | .75 | 34.2600 | 25.70 | 299.79 | DENTAL | 13.03 | 78.18 |
| P T O | .50 | 22.8400 | 11.42 | 628.10 | 401 K | 111.18 | 680.92 |
| HOLDAY | | | | 365.44 | CO401K | 74.12 | 453.95 |
| | | | | | FLEX | 76.92 | 461.52 |
| | | | | | FICA | 91.89 | 564.42 |
| | | | | | FED WT | 110.46 | 695.36 |
| | | | | | NE ST | 62.58 | 389.82 |
| | | | | | PTOBAL | | 51.95 |
| | | | | | S T D | 19.48 | 116.88 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $11,348.64 | $1,852.90 | $622.08 | $1,230.82 |

©1998, 2006 ADP Inc. All Rights Reserved

TEAR HERE